People v Reyes (2020 NY Slip Op 51426(U))

[*1]

People v Reyes (Luis)

2020 NY Slip Op 51426(U) [69 Misc 3d 147(A)]

Decided on November 20, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 20, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, WAVNY TOUSSAINT, JJ

2017-1820 K CR

The People of the State of New York,
Respondent, 
against
Luis Reyes, Appellant. 

New York City Legal Aid Society (Kristina Schwarz of counsel), for appellant.
Kings County District Attorney (Leonard Joblove and Jodi L. Mandel of counsel), for
respondent.

Appeal from a judgment of the Criminal Court of the City of New York, Kings County
(Rosemarie Montalbano, J.), rendered August 22, 2017. The judgment convicted defendant, upon
his plea of guilty, of criminal trespass in the second degree (Penal Law § 140.15 [1]), and
imposed sentence. Assigned counsel has submitted a brief in accordance with Anders v
California (386 US 738 [1967]), seeking leave to withdraw as counsel.

ORDERED that the judgement of conviction is affirmed.
Upon an independent review of the record, we conclude that there are no nonfrivolous issues
which could be raised on appeal (see Anders v California, 386 US 738 [1967]). Counsel's
application for leave to withdraw as counsel is, therefore, granted (see id.; People v
Murray, 169 AD3d 227 [2019]; Matter of Giovanni S. [Jasmin A.], 89 AD3d 252
[2011]; People v Paige, 54 AD2d 631 [1976]; cf. People v Gonzalez, 47 NY2d
606 [1979]).
ALIOTTA, P.J., ELLIOT and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 20, 2020